PROB 12A
(Revised 05/2011)

# United States District Court
## for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Robert Lakeith Wright</u>      Case Number: <u>3:03-00182-01</u>

Name of Sentencing Judicial Officer: <u>Honorable Robert L. Echols, U.S. District Judge</u>

Name of Current Judicial Officer: <u>Honorable William J. Haynes, Jr., Chief U.S. District Judge</u>

Date of Original Sentence: <u>April 12, 2005</u>

Original Offense: <u>21 U.S.C. § 846, Conspiracy to Distribute and Possess with intent to Distribute Crack Cocaine and Cocaine</u>

Original Sentence: <u>168 months' custody and five years' supervised release</u>

Type of Supervision: <u>Supervised release</u>      Date Supervision Commenced: <u>January 16, 2013</u>

Assistant U.S. Attorney: <u>Hal McDonough, Jr.</u>      Defense Attorney: <u>Paul J. Bruno</u>

---

The Court orders:

- [x] No Action Necessary at this Time *as recommended WJH*
- [ ] Submit a Request for Modifying the Condition or Term of Supervision
- [ ] Submit a Request for Warrant or Summons
- [ ] Other

Considered this ____ day of September, 2013, and made a part of the records in the above case.

_____
William J. Haynes, Jr.
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
Brad Bartels
U.S. Probation Officer

Place      <u>Nashville</u>

Date      <u>August 29, 2013</u>

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **The defendant shall refrain from any unlawful use of a controlled substance.** |

On August 20, 2013, Mr. Wright was given a drug test that appeared to be positive for cocaine. When questioned by the probation officer on August 21, 2013, Mr. Wright initially denied using the illegal substance, but admitted he had touched cocaine and indicated touching the substance caused him to test positive. After further questioning, Mr. Wright stated he was with some friends on August 18, 2013, who were drinking and using cocaine. He stated he had two drinks before "snorting" one line of cocaine on or about August 18, 2013, while associating with other individuals using the illegal substance. The urine sample was mailed to the lab for confirmation and on August 23, 2013, the probation office received lab results which confirmed the sample as positive for cocaine.

On August 26, 2013, Mr. Wright was given a drug test that appeared to be positive for cocaine. When questioned by the probation officer on August 27, 2013, Mr. Wright denied using the substance. Mr. Wright alleged the positive drug test was a result of his prior admitted use on August 18, 2013. The urine sample was mailed to the lab for confirmation and on August 28, 2013, the probation office received lab results which were positive for cocaine. On August 29, 2013, Mr. Wright admitted to using cocaine on three separate occasions, while associating with individuals who were using the illegal substance.

| | |
|---|---|
| 2. | **The defendant shall not associate with any persons engaged in criminal activity.** |

On August 21, 2013, Mr. Wright admitted to associating with individuals who were using cocaine on August 18, 2013. On August 29, 2013, Mr. Wright indicated he had associated with the same individuals using cocaine but did not provide a date.

**Compliance with Supervision Conditions and Prior Interventions:**
Robert Lakeith Wright is unemployed and lives with his mother in Lebanon, Tennessee. Mr. Wright was originally sentenced to 168 months' custody, followed by three years' supervised release on April 12, 2005. His custody sentence was later reduced on January 26, 2012, to 120 months. Mr. Wright began his five year term of supervised release on January 16, 2013, and is due to terminate on January 15, 2018.

Mr. Wright admitted using cocaine during a meeting with his probation officer on March 28, 2013 and was given a verbal reprimand and re-instructed to not use any illegal substances. He participated in a substance abuse assessment at Cumberland Mental Health in Lebanon, Tennessee, on March 11, 2013, and substance abuse treatment was not recommended at that time. Since his admission, on March 28, 2013, to using cocaine, Mr. Wright has been referred back to Cumberland Mental Health for weekly substance abuse treatment.

Following his recent drug use, Mr. Wright was given a verbal reprimand and re-instructed to not use any illegal substances. Mr. Wright was encouraged to obtain gainful employment and instructed not to associate with individuals participating in criminal activity. Mr. Wright was informed about the possible consequences if he did not comply with the terms of supervised release. Mr. Wright understands that possession of an illegal drug is grounds for mandatory revocation and any future illegal drug use may result in a request for a hearing before the Court and possible recommendation for revocation or inpatient treatment.

**U.S. Probation Officer Recommendation:**
The probation officer is requesting that no additional action be taken by the Court at this time. It is recommended that Mr. Wright remain on supervised release, participate in substance abuse treatment at Cumberland Mental Health, and not incur any future violations. Assistant U.S. Attorney Hal McDonough, Jr., has been advised of the offender's noncompliance and is in agreement with this recommendation. for revocation.


Approved: _____
Britton Shelton
Supervisory U.S. Probation Officer