UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3:03-00182 |
| v. | ) | |
| | ) | CHIEF JUDGE HAYNES |
| ROBERT LAKEITH WRIGHT | ) | |

*[handwritten notation: Quash. This motion is GRANTED. The hearing is reset for September 26, 2014 at 11:30 a.m. ... 9-12-14]*

## MOTION TO CONTINUE HEARING

A hearing on a petition alleging a violation of the defendant's conditions of supervised release is currently scheduled for September 19, 2014. The undersigned counsel for the United States has been informed by the probation officer assigned to supervise the defendant that the officer is scheduled to be out of town the week of September 15, 2014 through September 19, 2014. Since the probation officer would be a necessary witness, the United States moves the Court to continue the hearing to a later date that is convenient with the Court's schedule.


Respectfully submitted,

DAVID A. RIVERA
UNITED STATES ATTORNEY


BY:      s/Harold B. McDonough
HAROLD B. McDONOUGH
Assistant United States Attorney
110 9th Avenue, South, Suite A-961
Nashville, TN   37203-3870
Phone: (615) 736-5151