UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:03-00182 |
| | ) | WILLIAM J. HAYNES, JR. |
| | ) | Chief Judge, U.S. District Court |
| ROBERT LAKEITH WRIGHT | ) | |

*[Handwritten annotation: Granted. This motion is granted. /s/ WJH]*

## MOTION TO CONTINUE REVOCATION HEARING

COMES now, ROBERT LAKEITH WRIGHT, through counsel, Assistant Federal Public Defender, Isaiah S. Gant and moves this Honorable Court to enter an Order continuing the hearing in this matter scheduled for Friday, September 26, 2014, at 4:30 p.m. In support of the motion, it is respectfully represented to this Honorable Court that the primary basis for seeking revocation of Mr. Wright's supervised release is an allegation that he committed another offense while on supervise release. That matter is pending in Sumner County Criminal Court and is scheduled for disposition on November 20, 2014. Given that the disposition in that matter may bear on this Court's decision in the pending petition to revoke, it is requested that this matter be continued to a date subsequent to November 20, 2014.

Counsel for Mr. Wright has been granted the liberty of advising the Court that the government has no opposition to this motion.

Respectfully prayed and submitted,

/s/ Isaiah S. Gant
Isaiah S. Gant (BPR #025790)
First Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047

Attorney for Robert Lakeith Wright