UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:03-00182 |
| ) | WILLIAM J. HAYNES, JR. |
| ) | Senior Judge, U.S. District Court |
| ROBERT LAKEITH WRIGHT ) | |

AGREED ORDER

This matter came before the Court on February 9, 2015, on a Superseding Petition for Warrant for Offender Under Supervision filed January 23, 2015. (DE 169).

At said hearing, Mr. Wright concedes to the violations alleged in Violation No. ,2 and 3 and in exchange the government and counsel for Mr. Wright agreed to imposition of an eight month sentence upon termination of which Mr. Wright is to continue on his present term of supervised release due to terminate on January 15, 2018, (36 months). The government moved to dismiss the allegations in Violation No. 1 of the petition.

IT IS SO ORDERED.

Enter this the ____ day of February, 2015.

_____
WILLIAM J. HAYNES, JR.
SENIOR JUDGE
UNITED STATES DISTRICT COURT

APPROVED FOR ENTRY:

/s/ Isaiah S. Gant
Isaiah S. Gant (BPR #025790)
First Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047

s/ Harold B. McDonough, Jr. with permission
Assistant United States Attorney
Harold B. McDonough, Jr.
Assistant United States Attorney
110 Ninth Avenue South, Suite A961
Nashville, TN 37203